FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 4 - 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 00240 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

BRYAN L. TRAVIS,

    Plaintiff,

v.

MICHAEL MURPHY, Tenth Circuit Judge,
MONROE McKAY, Tenth Circuit Judge,
JOHN PORIFION, Tenth Circuit Judge, and
NEIL GORSUCH, Tenth Circuit Judge, et al.,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24, and a "Complaint Under Article III, Title 18 Section 241, 242, Fifth and Fourteenth Amendments of the Constutiton [sic] of the United States, for Damages and Injunctive and Declaratory Relief and Demand for Jury Trial and/or Trial by Full Court." As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if he wishes to pursue his claims.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) _X_ **is not on proper form (must use the court's current form)**
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court.  Only an original has been received.
(9) _X_ other:  **Plaintiff incorrectly submitted his § 1915 motion on the court's form that is used for case appeals.**

**Complaint or Petition:**
(10) ___ is not submitted
(11) _X_ **is not on proper form (must use the court's current form)**
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) _X_ **uses et al. instead of listing all parties in caption**
(15) ___ An original and a copy have not been received by the court.  Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 2d day of February, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   '10 – CV – 0 0 2 4 0

Bryan L. Travis
P.O. Box 511503
Salt Lake City, UT 84151

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on   2/4/10

                                   GREGORY C. LANGHAM, CLERK

                                   By:_____
                                            Deputy Clerk