RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 28 2010
GREGORY C. LANGHAM
CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 4 - 2010
GREGORY C. LANGHAM
CLERK

Bryan L. Travis
P.O. Box 511503
Salt Lake City, Utah 84151

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19TH STREET
DENVER, COLORADO 80294

'10 - CV - 00240

| | |
|---|---|
| BRYAN L. TRAVIS,<br>Plaintiff,<br>vs.<br>Tenth Circuit Judges Michael Murphy, Monroe Mckay John Porifion, Neil Gorsuch, et al.<br>Defendants. | COMPLAINT UNDER ARTICLE III, TITLE 18 SECTION 241,242, FIFTH AND FOURTEENTH AMENDMENTS OF THE CONSTUTITON OF THE UNITED STATES, FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL AND/OR TRIAL BY FULL COURT |

Plaintiff hereby alleges against Defendants, and each of them, as follows:

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

This is a civil rights/criminal action for injunctive and declaratory relief and damages, and costs, pursuant to Article III, pursuant to Title 18 Section 241, 242 U.S.C., 5th, 14th Amend. U.S.C. An individual who is a United States citizen brings this suit. This courts jurisdiction is required under for the following reasons; venue is proper in this Court as no Judicial Committee in a one time disciplinary action can properly address the alleged High crimes committed for they are not bad behavior or unconstitutionally permissible decisions but vigilantly crafted with great purpose fraudulent documents, entered into and doing violence to the Sovereignty of Federal Court, the Rules of Civil Procedure, Article III and Title 18 Section 241,242 of the Constitution, the Fifth and Fourteenth Amendments Due Process clauses. These Judges have betrayed the public trust, all this herein and above was done by Federal employees of the United States Government.

The accused herein Judges in the Tenth Circuit Court did enter fraud into the court in Case Nos. 07-4192 and 08-4115. For the reasons that this fraud is documented and these crimes were committed with great precision and artfully hand crafted against Plaintiff, by defendants in the face of their expert knowledge of law, Rules of Civil Procedure and the Constitution they willfully acted in opposition against this knowledge.

Venue is proper in this Court as this herein and above falls under violations of Article III. A one time disciplinary action by Judicial Committee will not bring relief sought and it will not be exemplary law to deter future acts by Judges nor will it set guidelines for all to adhere to including those employees of the Judicial Branch and future generations of we the people whom depend upon the Federal Judges to be our guardians of Constitutional liberties and rights.

Venue is proper in this Court; As a Judicial Committee cannot set in place interpretation of law and provisions, which will prevent these acts in all States and Territories of the United States. A one time disciplinary action is not law with the Federal Court implemented behind it. A Judicial Committee is not able to grant the relief asked for in this complaint and cannot pass law to guard for generations.

Venue is proper in this Court; for the reasons of the nature of these charges are high crime and it is disadvantageous to request a Judicial Council from a court which has committed fraud on more than one occasion, as council are composed of the same circuit judges whom may have been accessory to the high crimes. So far Plaintiff has yet to find One Tenth Circuit Judge who will make a stand against the many. Alleged Fraud by Four Appeals Judges and all those co-conspirator Judges seated for an En Banc, at two

different times. Murphy and Mckay accused herein of fraud did so repetitively against Plaintiff. We see a pattern of fraud from Judges Murphy and Mckay, by incorporation of a personal agenda and bias against Plaintiff repeated for several years. For the fact that Plaintiff did find a black robed wall of silence standing against him, by many co-conspirators through his requested En Banc there exist no valid reason he would not be stonewalled, by their own circuit's Judicial Committee for almost all the Tenth Circuit Judges condone these acts against Plaintiff.

Since we must draw conclusions from previous actions of the Tenth Circuit Judges who co-conspired with their colleagues and let stand these high crimes as lawful. We seem to be running out of neutral judges in this circuit court. It stands to reason Plaintiff would not get a fair hearing in or by anyone of the Tenth Circuit. He has not for years and there is no attestation otherwise, against the track record of criminal fraud and accessory to fraud in these cases.

If there is a real, obviously well-grounded doubt about the ability of a judge to be fair, or about his or her willingness to approach a case with an open mind, that doubt cannot be always resolved by the judge alone. Otherwise, the very bias that led to the recusal request, may also affect the recusal decision. As what happened when Plaintiff did in fact request recusal and removal to another court that fell on deaf ears of the Tenth circuit court (see denial of Writ of Mandamus in Case No. 08-4115 10th Cir 2009).

Venue is proper in this court; As Plaintiff was denied a full and fair litigation of the issues in the Appeals Court. Where they entered fraud.

Plaintiff did Appeal to the Tenth Circuit court where the Judges accused herein entered more fraud, personal agenda and bias.

Through En Banc pleadings twice Plaintiff faced a wall of silent Judges and protectionism in the Tenth Circuit. For all these herein and above reasons Venue is proper in this court as Plaintiff must obtain a full and fair litigation of the issues in these jurisdictions.

Article III of the Constitution sets forth, they "hold their offices during good behavior." Good behavior, as Hamilton made clear, is "to secure a steady, upright, and impartial administration of the laws."

"In the end, an imperial (and unchecked) judiciary is as troublesome as an imperial presidency. The high bar for impeachment is necessary to make sure the federal judiciary is a coequal branch of government.

But to further protect federal judges from any scrutiny or sanction, as the 1980 Act does, goes much too far. Being part of a democracy means openness and accountability - not secrecy and doubt - as much so for the judiciary, as for other branches.

Alexander Hamilton called the judicial branch the weakest. Its strength and power stems from its good judgment, for it must rely on others to enforce its rulings.

Not only would sunlight on their conduct proceedings be a disinfectant, it is the only possible disinfectant - for impeachment is rightly near-impossible, so openness in dealing with misconduct will serve to keep the federal judiciary a viable and vital part of our democracy." Quoted from John W. Dean

This herein and below is Plaintiff's only availed relief/sunlight. This Court's jurisdiction is invoked this being an action arising under the Constitution and laws of the United States and brought against defendants. This being an action to secure and enforce rights protected thereby that are being and/or have been violated by defendants. This Court's jurisdiction is also invoked under 28 U.S.C. §§ 2201 and 2202, this being a case of actual controversy where the relief sought by Plaintiff, among other things, includes a declaration of the parties' respective rights and obligations.

**FIRST CLAIM FOR RELIEF**

Damages for violations against Plaintiff, of Title 18 Section 241, 242 and violations of Article III of the Constitution.

(Against all defendants)

1. In doing all the acts and omissions herein described, Defendants and each of them, separately and in concert, have been and are acting under color of law, the Rules of civil procedure, Rules of the District Court of Utah and the Rules of the Appeals Court Tenth Circuit, Oath of Office for Federal Judges, Judges cannons and Sovereignty of the Federal Court and Judicial Branch of government.

2. They have executed this fraud as government employees and betrayed the public trust invested in them. For with great weight of decision they did precisely handcraft this fraud and signed it into the Federal Courts.

**PLAINTIFF IS WAYLAID IN FEDERAL COURT AGAINST TITLE 18 SECTION 241,242**

3. The following Judges did enter into fraud and waylaid Plaintiff in Federal Court in direct violation of Title 18 Section 241, 242;

The Tenth Circuit Senior Judge Monroe McKay, Judge Michael Murphy did for years in both cases waylaid Plaintiff in Federal Court. Also circuit Senior Judge John Porfilio, Neil Gorsuch and all those Judges seated for the En Banc of Case Nos. 07-4192 and 08-4115 (Names requested under FOIA and denied by the 10th Circuit 7/26/09) be it known that they are being charged by way of;

Plaintiff is conspired against over and over again, on Record, and in hearings. Each set of Judges assigned to the cases were enforcing the

other's fraudulent acts, such as district court Paul Warner's fraud was endorsed and signed off by Tena Campbell. Murphy and Mckay endorsed her fraud and added more of their own along with personal biases. Also Failure to heed the oath of Office they did take, and to render service and honor for the people of the United States and Plaintiff. This is judicial malpractice and a catastrophic failure to abide by the Federal Rules of Civil Procedure. The Federal Courts under obligation to execute their Judicial job correctly and well, whom because of Duty and Honor and Service of a solemn promise to appropriately and constitutionally perform their obligations to the people and the fact that we the people deserve their best. Instead in its place they chose of their own free will to violate a plaintiff's Title 18 section 241, 242 of the Constitution and offered fraud against the Federal Rules of Civil procedure and the Sovereignty of the Federal Judicial Courts. Including deceptions through omission and nonperformance by public officials and public servants. All in violations of Article III of the Constitution. 4. Remember we are not talking about bad decisions or conflict with Sister Circuit Courts this is fraud committed calculatingly and with great skill by those with clear knowledge of their wrongdoing. They cannot lie and sign fraud into the Federal Courts at any time or at any level of the Courts. Their immunity does not allow for their purposeful dishonest actions. That the District Court and a Circuit Court of Appeals finds it needs to cover up the truth and file fallacious documents in these cases is a crime against WE THE PEOPLE and betrays all Veterans who promised to defend the Constitution.

"Trust is a social staple that must be protected just as earth and water must be protected to provide for survival. When trust is damaged the community suffers and society as a whole will eventually falter and collapse" (Bok).

## FELLOW CIRCUIT JUDGES CONSPIRE AGAINST PLAINTIFF

5. Those seated En Banc Judges from the Tenth Circuit Court have been accessory to these crimes and judicial malpractice by staying silent when the opportunity did arrive for them to speak out against these crimes. Instead they chose to cover it up. It was willful and with great malice they condoned lying and fraud by their colleagues of the Tenth Circuit and the Judges from the District Court.

They are accessory to the fact that this is no simple mistake of injustice. It is clear, precise and under a great weight of decision, a criminal action by Judges Murphy, McKay, Porfilio and Gorsuch whom being of the high position Circuit Judge knew better. Further to not only criminally choose to defy their oath of Office and the Judges cannons but to take action vilifying and corrupting the Federal Courts and all it stands for. All these Judges have collaborated and conspired both individually and together.

## SECOND CLAIM FOR RELIEF

Damages for Violation of Fifth, and Fourteenth Amendments' Due Process; Judicial malpractice against Plaintiff. Fourteenth Amend. Equal principals. (Against all defendants)

## JUDICIAL MALPRACTICE

6. Plaintiff realleges and incorporates by this reference each and every allegation in Paragraphs 1 through 5, above.

7. These Judges have failed in their function as guardians of the peoples federal rights and to protect people from unconstitutional action under color of federal law, makes no difference whether that action be executive, legislative, or judicial. This malpractice of justice is criminal for the reasons that with prior knowledge they did willing and with great care

violate Plaintiff's Title 18 Section 241, 242 of the Constitution. The Judges cannot change the record as it stands and attempting to do so is unjust and renders these Judges malfunctioning. Why a Circuit feels the need to entertain lies and falsehoods is beyond me. Deceptions through omission are criminal. The act of withholding the truth is a lie in and of its self.

8. That a Circuit Court of Appeals finds it needs to cover up the truth in these issues is a crime against WE THE PEOPLE and all Veterans who promised to defend the Constitution. It is shameful I have to write these words on Memorial Day. I will not let this Order undermine those sacrifices great and small made by our Veterans and present Service persons. This Order compromises the appeals and due process for millions of citizens in the Jurisdiction of the 10th Circuit; it also compromises America's actions throughout the world, when justice is corrupted and denied in higher Courts for its own citizens it sets a stained perception of democracy.

9. These Judges acts are a dangerous threat to U.S.C.A. 1, 4, 5, and 14. It undermines the purpose of the Court and threatens its very core principals. It affects the upholding of the Constitution and the Courts purpose of interpretation of law.

We cannot let these Judges undermine those sacrifices great and small made by our Veterans and present Armed Service persons. These acts by the Court are unfaithful to the members of the Armed Service as well as the Constitution. Every member of the Armed Services is sworn to protect the Constitution of this Country. These Judges have demonstrated an underlying personal viewpoint or bias in these defective documents.

10. Take a minute and see what is going on herein these malfunctioning documents and the gross atrocities being committed by these Judges against we the people. For the reason that it has been published I must act to ensure Justice is served and not let stand this unconstitutional Order. There exist no excuses for falsehoods, lies, withholding the truth

and the dangerous anti-Constitutional conclusions in by the Judges.

11. This story of interpretation of law without Constitutional justification is now the Legacy of the present 10th Circuit. All the seated En Blanc Judges remained silent and condoned the acts are equally guilty as accomplices refusing to correct the Fraud and not upholding the Constitution. They have made a choice and decided the Legacy of this 10th Circuit will be lies signed in writing and granted permission for it to stand for all to see. This may seem a simple case but it has been brought to a crossroads by this Court of Appeals. There exist no valid reasons for a Circuit Court Judge to lie. Then to have other Judges condone these acts is a crime against the very people they are purported to serve. People have died for this Country they should be honored, not betrayed by these Judges acting on personal agendas and personal biases. Deceptions through omission are criminal.

## STATE AND FEDERAL JUDGES ARE NOT ABOVE THE LAW

12. Judges can and do have immunity for their decisions and this is not at issue herein. Senators make legislative law it is their job, but they are not above the law. A Judge is no different when they also break the law even when in Court. Remember we are not talking about bad decisions or conflict with Sister Circuit Courts this is fraud committed deliberately and crafted by master craftsmen with clear knowledge of their wrong doing. They cannot lie or sign fraud into the Federal Courts at any time or at any level of the Courts. To do so with expert knowledge of the Constitution and Justice system is a crime against not only the entire Judicial Branch of government but also to the Executive and Legislative branches of government. It matters not if they are part of the Courts no person is above the law, this includes those who can make and interpret law.

Under title 18 Section 241,242;

"State Judge may be found criminally liable for violation of civil rights even though the Judge may be immune from damages under section 1983 of title 42." *Dennis v. Sparks*, U.S. Tex.1980 101 S.Ct. 183, 449 U.S. 24, 66 L.ed2d 185. A Federal Judge is liable by this law both are public servants.

## THE FOX IS LEFT GUARDING THE HEN HOUSE

13. These Judges have done violence to the Judicial Conduct and Disability Act of 1980. Judicial councils are composed of circuit judges, and they proceed under the direction of the senior circuit judge. Their purpose is to ensure the proper administration of court business within the circuit. With the Wolf guarding the sheep lets see how well that works. The entire seated circuit Judges for the En Banc in both of these cases went silent and closed the eyes to, encouraged and gave their approval to the promotion of fraudulent dishonest acts by their colleagues. Instead of justice they became accessories to crime. This is supposed to be the avenue of justice availed to We the People. This is one more reason for this lawsuit and its filing in Supreme Courts' Jurisdiction. While these Judicial Councils are great in theory, as many federal practitioners know, it really doesn't root out the bad judges. The process has worked for corrupt judges and some conspicuously egregious misconduct. But the run-of-the-mill bad judge can escape its reach. Thus, the robed untouchable who rules his or her courtroom empire with justice only for the chosen few, almost always remains immune. And unfortunately, even those who are subjected to the law escape public censure and condemnation, even of their peers. No longer can these Judges escape their fraudulent acts committed with superior proficiency and build by the very hands that are supposed to be our guardians of Constitutional liberties. Plaintiff has the right to a full and fair trial absent of fraud and omissions by defendants or Judges.

**REFUSAL TO MOVE TO ANOTHER COURT AND OR RECUSAL**

14.The people of Utah have a stake in enjoying the service of judges who are fair, and clearly so. If there is a real, obviously well-grounded doubt about the ability of an Appeals judge to be fair, or about his or her willingness to approach a case with an open mind, that doubt cannot be always resolved by the judge alone. Otherwise, the very bias that led to the recusal request, may also affect the recusal decision. As what happened when Plaintiff did in fact request recusal and removal to another court that fell on deaf ears of the Circuit court (see writ of mandamus). This request was even retaliated against in the Circuit court with fraud and personal agenda and biases. Plaintiff was left with only the appeals and collateral review to correct the fraudulent injustices occurring in this case when he took the necessary steps to procure justice he was handed well-crafted fraud and protectionism. As the Supreme Court is the last stop the Circuit Court Judges know that the chances of the Supreme Court stepping in are 1 in 99. So they have rolled the dice again in hopes that the Supreme Court will ignore their deception as occurred in case No. 08-7191. What due process and relief avenue is there to go to, except this lawsuit? The Supreme Court ruled State Judge has liability. The Department of Justice web site under Title 18; 242 lists Judges as not immune, and Article III does not allow criminal acts against the public. Since this complaint is also under 42 § 1988 class action for the public they have betrayed they cannot stand behind any Judges immunity while committing fraud against the public at large, and curtailing their rights.

## FROM THE RECORD WHAT HAPPENS TO JUDICIAL COMPLAINTS

15. The records of the Administrative Office show that for the fiscal year ending September 30, 1999 nationwide 826 complaints against federal judges were concluded, of these 406 were dismissed by the Chief judges, 416 were dismissed by the judicial counsels, and 6 were withdrawn. No complaint reached the Judicial Conference.

For the fiscal year ending September 30, 2000 nationwide 696 complaints were filed and 181 cases were pending from the prior year. 343 complaints were dismissed by the Chief judges mostly on the ground that the complaint related to a judge's decision or ruling. 6 complaints were dismissed on the alleged basis that appropriate action was taken, however without any information as to what that actions was. It was said that it was no longer necessary to take action as to 7 complaints and 3 complaints have been withdrawn. The judicial councils dismissed 354 complaints and 162 complaints were pending at the end of the year. Out of all these complaints 2 judges in the 9th Circuit were publicly censored.

For the fiscal yeas ending September 2001 nationwide 776 complaints were filed and 150 complaints were pending from the prior year. 351 complaints were dismissed by the Chief judges again primarily on the ground that the complaint related to a judge's decision or ruling, 4 complaints were dismissed on the ground that action was already taken, 5 complaints were dismissed because action was no longer essential and 3 complaints were withdrawn. The judicial councils dismissed 303 complaint 1 complaint was withdrawn. Only one complaint resulted in a "private censure" against a judge in the 9th Circuit.

For the fiscal year ending September 2002 nationwide 657 complaints were filed and 112 complaints were pending from the prior year. The Chief judges terminated 403 complaints and the judicial councils dismissed 377 of the complaints. 62 percent were deemed to be outside of the jurisdiction of 28 U.S.C. 372(c) because the complaints were said to go to the merits of the case and 38 percent were said to be not in conformity with the statute, they were frivolous, the appropriate action already had been taken, action no longer was necessary because of intervening events or the complaint had been withdrawn. It is further noteworthy that of the complaints concluded by judicial councils 375 were petitions for review of the chief judges' dismissal of a complaint. All these were dismissed without any action taken. Two complaints resulted in a single "public censure".

Again this complaint is Plaintiff's only avenue of relief for these high crimes. Complaints for 2002, 403 are disregarded by Chief Justices, 375 were dismissed by the judicial councils, only 2 un-dismissed. We need explicit guidelines for all to see and adhere to with Supreme Court adjudication.

**THIRD CLAIM FOR RELIEF**

Fraud committed against the Rules of Federal Civil procedure, Rules of the District Court of Utah and Rules of Appeals Court. Defendants failure to execute the duties of their position under Article III of the Constitution. (Against all defendants)

**FRAUD SIGNED INTO FRAUDLENT POWER FOR GOVERNMENT OVER THE PEOPLE'S FREEDOMS AND PURSUIT OF LIBERTIES VIOLATES US ALL**

16. Plaintiff realleges and incorporates by this reference each and every allegation in Paragraphs 6 through 13, above.

17. They of their own free will, signed fraud into the Justice System. This fraud is held in power over the people and fraudulently rules their lives and freedoms. It is illegal and against the Federal Rules of Civil Procedure to enter and engage in the creation of fraudulent documents into the Federal Courts. Neither the Rules nor the Constitution gives permission to Judges to do so. This is their crime against not only Plaintiff but also the nation. Deceptions through omission are criminal. It is a crime against all Americans and undermines the Armed forces whom are sworn to protect the Constitution. How can we ask them to put their lives on the line while these Judges are not responsible for their crimes of signing falsified power against the very Constitution our service people protect? There exist no Constitutional reason they cannot be charged and held labial for these crimes of violation of the Federal Judiciary System and its Rules and Sovereignty of the Judicial Courts. It is through their performance and carefully crafted expertise did they exercise deceitful ability to appendage impermissible power over the people. This is granted but constitutionally impermissible power.

It is suspect for the granting alone, it is fraud for the act of seizing power in a dishonest manner.

**WITH GREAT PURPOSE THEY BUILT A FRAMEWORK OF FRAUD**

18. These Judges did with careful crafting of their words build a framework of unjust fraudulent documents and purposefully corrupted the Court and the Record in these cases by signing these falsified documents. Civil Rules do not allow for deficient changes to the fundamental Record. One cannot obliterate large sections of the Record. Not every issue must be ruled on but this is deletion of essential and paramount issues on which the complaints were originally brought.

19. They did with extreme care eliminate large sections of the Record and let them go missing. Deceptions through omission are criminal. They signed into law exercising overbreath of power not granted by the Constitution to government. Power taken by force with lies is power stolen. The Judicial System is obligated to prevent this type of power that opposes the Constitution. With clear intent they did commit violation of due process of Plaintiff. They are also in violation of the oath of their Office that they are paid to render.

20. They are civil servants to the people and these actions are opposed to the public trust we have granted them as they swore an oath to uphold the duty and honor of their Office. We the people have hired them to preserve the law, the Constitution, and the public trust in these obligations of duty they have failed with great intention. This is deception through omission and nonperformance by public officials and public servants. It is crimes against the Federal Courts and to all Americans.

**FOURTH CLAIM FOR RELIEF**

Damages of irreparable injury, betrayal of the public Trust. Oppression, prejudice, discriminatory intent against the poor including Plaintiff. (Against all defendants)

**THE POOR ARE ALSO DESERVING OF SUPERLATIVE JUSTICE**

21. Plaintiff realleges and incorporates by this reference each and every allegation in Paragraphs 14 through 17, above.

22. When people cannot afford lawyers they should not be mistreated judicially as Plaintiff was treated differently than others by these Judges. To also deny due process of the Fifth and Fourteenth Amendments along with true and correct Federal Civil Procedure based upon the fact that some of we the people are in fact poor and must represent them-selves is not in the interest of Justice. It mocks the face of the equal rights principals of the Fourteenth Amendment. It is an atrocity to the principals of fairness and justice and could only happen because the Plaintiff is a poor Pro-Se. For what Lawyer would stand for and take documents so desecrated that the truth is twisted and at times not even conversed. Dissolute and plain mean is the decision to forgo truth as clearly seen in the record and corrupt the record instead. We represent ourselves not out of choice but meager means. These crimes even went so far as to be published into law. There exist no rational reasons for the crimes signed into law unless it is personal agenda and bias against one lone, materially meager, voice, which they sought to silence through abuse of their positions never expecting the poor to make a stand to right the wrongs. "concern of the United States Supreme Court was to see that substantial justice was done, not to search the record for possible errors which would defeat the purpose of Congress in enacting the statue." [18 § 242] *Williams v U.S.*, U.S.Fla.1951, 71 S. Ct.576,341 U.S.97

**IRREPARABLE INJURY**

"The deprivation of constitutional rights alone, as a matter of law, constitutes irreparable injury." *Mitchell v. Como* 748 F2d.804 (2ndCir.1984).

23. This is not about an unjust and the constitutional impossibility of bad decisions, it is about judicial malpractice, fraudulent justice practices, and untruths signed purposefully by these Judges. It is criminal to sign deceitful and untruthful documents into the Federal Courts for others; because for Judges to sign them it is doubly criminal. They did know better than to stoop to fraud in their own Justice Courts. Beyond mere sanction-able ill behavior it is a crime against We the People whom plaintiff is one of. They do know better behavior is required of them through their oath of Office and their job and their position as Judges. They do not belong to a dictatorship and have betrayed the Judicial Branch.

For the reason that plaintiffs, defendants, and lawyers are criminally not permitted to enter fraudulent documents then Judges are also so prevented by the duty of Court. Least we open the entire Judicial System up to fraud by anyone at any time, if Judges are permitted to commit premeditated fraud then so must we all be given permission.

24. They did violate the Fifth and Fourteenth Amendments due process with a catastrophic failure of due process using unbridled inequity by a Judge and published into law. This Court cannot change the record as it stands and attempting to do so is unjust and renders the Judges defective, and makes all their decisions suspect. Against Title 18 section 241, 242, Article III for filing false information, lies, withholding the truth, deceptions through omission, severe but purposeful miscalculation, falsehoods and fraudulent actions taken by these Judges and contained

in these cases. The Orders are criminally obtained as they stand, and are against great weight of evidence as to the criminality of them. This Court compromises the appeals and due process for millions of citizens in the Jurisdiction of the 10th Circuit; it also compromises America's actions throughout the world, when justice is corrupted and denied by the higher Courts for its own citizens. These acts taken by the Judges greatly subverts the ability of the Court to offer principals of fairness and sound judgments.

**OPPRESSION THRU ABUSE BY THE COURTS**

26. This is what happens to the very Citizens (including Plaintiff) whose rights these Judges are supposed to be the guardians of. This Statement of further Injury caused by the abuse of judicial power by these Judges.

A. Oppression and abuse of power are injurious to the health of the victims. Domination by abusers of bureaucratic power threatens the very functionality of the public and private sections in our country.

B. Victims are not self interested, narcissistic folks who sit around and wallow in their losses. They are courageous individuals who face their pain and care to right the wrongs. They participate in the collision of evil and good as it is classically intended in order to achieve balance. Denial is popular, but far less responsible.

C. Trust is a social staple that must be protected just as earth and water must be protected to provide for survival. When trust is damaged the community suffers and society as a whole will eventually falter and collapse (Bok). Veterans of crime must exude zero tolerance for lying in courtrooms, lying in political campaigns, lying to cover-up, and deceptions through omission and nonperformance by public officials and public servants.

"Purpose of §1983 is to interpose federal courts between states and people, as guardians of peoples federal rights to protect people from unconstitutional action under color of state law, whether that action be executive, legislative, or judicial." 42 U.S.C.A.§1983 *Harris v. New York State Dept. Of Health* 202F.Supp.2d143(2002).

27. These acts undermine the purpose of the Court and threaten its very core principals. It affects the upholding of the Constitution and interpretation of law. Every member of the Armed Services is sworn to protect the Constitution. Because of this, these acts betray all those present and former Service members of this Country.

28. Take a minute and see what is going on herein these defective actions. I am merely stating the facts of actions that were taken and procured by these Judges in the name of justice. For the reason that it has been published I must act to ensure Justice is served and not let stand this unconstitutional and criminal act by theses Judges. You may not like my litigation style or the way I converse and have reacted towards the Courts in my cases. I can be very abrupt and do apologize if I offended any of the Judges in both Courts. This crime isn't about my courtside manners;
It is about WE THE PEOPLE and our Constitutional Rights including the right to a fair litigation, free of fraud. My actions are in no way an excuse for falsehoods, fraud and withholding the truth by these Judges.

29.Under due process of the law, litigants and defendants, whose health, wealth, very lives and Federal liberties are put in the hands of others, cannot see how these precious assets are handled. We have to trust what courts do and what judges and juries say, which we only see from a distance. And there are at times reasons to doubt the fairness of the court, of the judge, of the law. Thus, the law must be active in guarding the people's trust in the courts and their judges and juries. Arduous is the Judges job, at times thankless and difficult; requiring the utmost diligence and care as they make decisions affecting millions of lives, if it was an easy job anyone could do it. No one individual no matter how important can be allowed to corrupt the process for the masses and generations to come to whom we have certain obligations. For them the Courts must adhere to the Constitution and be assiduous as its guardians.

## FIFTH CLAIM FOR RELIEF

High Crimes committed by the defendants. The Undue burden caused by these crimes against Plaintiff and we the people of the Unites States. Damages caused by deceptions through omission and nonperformance by these public officials and public servants. Injury to Plaintiff and millions of others through fraudulent acts, both in and out of Federal Court.

(Against all Defendants)

30. Plaintiff realleges and incorporates by this reference each and every allegation in Paragraphs 1 through 29, above. Judges can only be removed because of their "Treason, Bribery or other high Crimes and Misdemeanors." Article III-Const. This catastrophic failure must be addressed for the Federal Courts to continue to function well.

## HIGH CRIMESCOMITTED BY THESE JUDGES

1. They betray the publics trust for the reason that these Judges have filed false information, lies and have been withholding the truth.
2. "State Judge may be found criminally liable for violation of civil rights even though the Judge may be immune." *Dennis v. Sparks*, U.S. Tex.1980 101 S.Ct. 183, 449 U.S. 24, 66 L.ed2d 185. This is not merely bad faith it is extreme malice and with great purpose for the reason that they do in fact knowingly commit these crimes against all their training and years of practice.
3. They have betrayed the entire nation. They are in positions that require great knowledge of the foundational documents of this Country and operation of law. They are supposed to be experts on the Constitution and with these acts knowingly betrayed the Constitution. And therefore betrayed the public and nation as a whole with great intention. They have also done violence to and betrayed the Utah and Colorado constitutions.

4. There exist no valid Constitutional reasons for the criminal actions they undertook. So we are left with only reasons of personal agenda and biases.
5. This crime is fraud against the public by passing these documents into law, seizing powers for government neither permissible nor granted to them [government] by the Constitution.
6. They cannot perform the duties of their position while signing fraud into law thus they have taken a salary without fulfilling their administrative function. According to House Judiciary Committee Ranking Member Lamar Smith (R - TX), "[e]nsuring that a corrupt judge does not receive another penny of taxpayer dollars is one of the most important jobs for this Congress and a priority for the Judiciary Committee." It must be so for the Judiciary Branch also.
7. For the reason that this actions would have never taken place if Plaintiff was not poor and had representation. A Pro-Se still deserves the finest preeminent Justice. These acts also violate the equal protection principals of the Fourteenth Amendment.
8. Of their own free will These Judges signed fraud into the Federal Courts and Judicial System as public officials.
9. The Judges have been dangerously unfaithful to their Judges cannons. Some of them are Superior Judges and all of them did know full well of their subversion. They were disloyal to and did refuse to heed their oath of Office.
10. These Judges cannot change the record as it stands and attempting to do so is unjust and renders the Judges' decision making defective, and makes all their decisions suspect.
11. They criminally entered fraudulent documents into the Federal Court causing undue burden and unnecessary severe stress for Plaintiff to try and correct against great odds. They saddled Plaintiff

with this extraordinary task, anticipating he will fail by the nature of the overburdens of the Supreme Court, so they can get away with this crime. Also forced Plaintiff to take on unprecedented and financially arduous actions against their acts.

12. These Judges carefully implemented changing the Record as it stands, including criminal deceptions through omission and nonperformance by public officials and public servants.
13. They had prior knowledge of the deceit of their decadent actions and its effects on Plaintiff and others. Knowing full well they did violate Plaintiff's due process of the Fifth and Fourteenth Amendments. Denial is irresponsible act in and of itself.
14. They did willfully act with malice, against weight of evidence and truth in the Rules of Civil Procedure. They did violence to Rules 1,8,11,26,52,56.In the Tenth Circuit they violated Rule 46.5 and Adeum III. Also Title 18 Section 241, 242 and Article III of the Constutiton.
15. This herein and above has nullified any immunity for the reason that we the people must now fear these Judges and the power the have fraudulently rendered over our freedoms guaranteed by the Constitution and removed by these Judges just because they can and in fact did. This fraud is held in power over citizens, and fraudulently rules their lives and their pursuit of civil liberties, life, liberty and happiness. This renders them mere criminals not above the law. They have purposefully relinquished the Constitution for the sake of their own agendas.

"Rule 8(a)(2) of the Federal Rules of Civil Procedure requires only that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Quoted from case No. 08-4372 (10th cir 2009).

## CROSSROADS OF DUE PROCESS

31. The Tenth Circuit Court of Appeals is rooted in the community. "Not just a judicial community," "but a local community." When a Circuit Court commits fraud it is betrayal of the highest order and corrupts not only our justice system but also the entire community at large. It creates an atmosphere of distrust between those charged with guarding our Constitutional rights together with civil liberties, and the public's trust of them. Due process of law must secure fair trials for each person, and also promote a system of law that is worthy of the people's trust in it. "Evidence of the historical back ground of an allegedly discriminatory decision is relevant to the issue of discriminatory intent." 42 U.S.C.A. §1983. *Burton v. City of Belle Glade* 178F. 3d. 1175.198 F3d.525 (11th Cir.1999)

32. The people of Utah have a stake in enjoying the service of judges who are fair, and clearly so. If there is a real, obviously well-grounded doubt about the ability of a judge to be fair, or about his or her willingness to approach a case with an open mind, that doubt cannot be always resolved by the judge alone. Otherwise, the very bias that led to the recusal request, may also affect the recusal decision. As what happened when Plaintiff did in fact request recusal and removal to another court, which fell on deaf ears. This request was even retaliated against Plaintiff in the Circuit court with fraud and personal agenda and biases.

33. These acts taken by the 10th Circuit Judges greatly subverts the ability of the Court to offer principals of fairness, equality and sound judgments for WE THE PEOPLE. This action is a dangerous threat to U.S.C.A. 1, 4, 5, and 14. It undermines the purpose of the Court and threatens its very purpose. It affects the upholding of the Constitution

and interpretation of law. When the Court is fraudulent there is no avenue to procure Justice without these serious charges and requested relief. It is about WE THE PEOPLE and our Constitutional Rights that include honesty from our Judges. We the people depend upon Judges not to Lie for the service and duty of "Justice for all". When they Lie there exist no alternative but to file allegations of fraud because we the people must rely upon their words for guidance and interpretation of the law and to prevent oppression by others including government. They have a sacred duty to impose themselves between the people and oppression by others and the government. No man should have to fear another yet we must all fear a Circuit Court that is dishonest however craftily they provide this dishonesty. We the people including Plaintiff depend upon the Courts to actually impose themselves between the citizens and the government when over steps it boundaries and suppresses its citizens unconstitutionally.

34. Why Circuit Court Judges feel the need to entertain alleged falsehoods and outright deceit is beyond me. Because it has been signed by the Judges Their Orders (07-4192 and 08-4115) is criminal as it stands, and is fraud against great weight of evidence. The Tenth Circuit knows all of this herein and above, which has been in evidence and In the Record for years. Yet they entered falsehoods again and again throughout their documents. The very act of leaving out entire sections contained in the Record has tainted the court and opposes the purpose of the Appeals process and betrays us all.

35. What you do to one of us you do to all of us. WE THE PEOPLE have the right to freedoms including speech and the written word. These Judges with great malice and purpose erode the Constitution.

In this Court of Appeals at a decisive moment at the crossroads of history; they failed the American people and the oaths they took as Judges. They keep ebbing away the foundational principals of this Country. They have purposefully relinquished the Constitution for the sake of their own agendas. Failed to answer the higher calling of Truth, Justice, and uphold the American way as set in writing the Constitution and Bill of Rights by our founding fathers.

"Purpose of §1983 is to interpose federal courts between states and people, as guardians of peoples federal rights to protect people from unconstitutional action under color of state law, whether that action be executive, legislative, or judicial." 42 U.S.C.A.§1983 *Harris v. New York State Dept. Of Health* 202F.Supp.2d143(2002).

36. We the people all stand to be the losers for the sole reason that the Judges are alleged to have lied and committed fraud. If these Judges are allowed to act in this manner they do take away we the people's hope, and leave us with nothing but Tyranny. Our hopes that we can still try to effect changes and achieve improvements in our government. Instead WE THE PROPLE is given written and signed fraud by the second highest court in America. This is beyond simple mistakes it is against the purpose of the Federal Courts in America. It is against the Judges Cannons. These acts by this Court betray not only the Constitution but also the entire Judicial Branch of our government.

37. "Supreme Court had jurisdiction to consider on direct appeal question whether this section [242] which prohibits, under color of law, willfully subjecting any inhabitant of any state to deprivation of any rights, privileges or immunities secured or protected by the Constitution or laws of the United States, requires that each offender be an official or that he act

in an official capacity." *U.S. v Price* U.S. Miss. 1966, 86 S.Ct. 1152,383U.S. 787,16 L.de.2d267. Plaintiff's offenders have met this requirement.

38. As a direct and proximate result of Defendant's, and each of their, actions as described hereinabove, Plaintiff has suffered and will continue to suffer irreparable harm because of the continued and published violation of Article III and Title 18 section 241, 242 of the Constutiton. Also the continued violations of his constitutional rights, due process of the Fifth and Fourteenth Amendments equal principals, and Civil liberties both in and outside of Federal Court. Damage by deceptions through omission and nonperformance by public officials and public servants.

"concern of the United States Supreme Court was to see that substantial justice was done, not to search the record for possible errors which would defeat the purpose of Congress in enacting the statue." [18 § 242] *Williams v U.S.,* U.S.Fla.1951, 71 S. Ct.576,341 U.S.97.

**PRAYER FOR RELIEF**

Plaintiff realleges and incorporates by this reference each and every allegation in Paragraphs 1 through 38, above. (Against all Defendants)

39. WHEREFORE, Plaintiff respectfully requests judgment against Defendants, and each of them, jointly and severally, as follows:

1. That this Court issue reversal of the fraud committed by defendants and or preliminary and permanent injunctions enjoining defendants, and each of them, from enforcing their fraud entered in the Federal Courts, against Plaintiff and others similarly situated. That this Court prevent defendants from otherwise harassing, and hold without probable cause or constitutional justification, fraudulent and ill gotten control and dominion over the people of the United States;

2. To prevent defendants when they did in fact sign into law by succeeding overbreath power against citizens' civil liberties not granted by the Constitution to City government. For the reason that the Judicial Branch is obligated to prevent this type of power seizing that opposes the Constitution, their deeds must be reversed, as power taken by force with fraud is power ill-attained and deceptive authority against we the people and equal principals of the Fourteenth Amendment;
3. For a declaration that the provisions entered under fraudulent guise and were waylaid on Plaintiff in Federal Court in violation of Title 18 section 241, 242 and violated due process of the Fifth and Fourteenth Amendments, are thereof are each unconstitutional on their face as they are based upon depiction and do violence to the Rules Of Civil Procedure;
4. For declarations that the fraud entered thereof are each as applied to Plaintiff federally unconstitutional and unconstitutional under the provisions of the Utah and Colorado Constitutions, and for the reasons that they try to silence and or limit Plaintiff's expression also opposes further rights as requited to the people by the First Amendment:

I. This list of rights should not be read to limit in any way any other rights of the people.

II. The powers not specifically granted to the federal government by the Constitution, nor prohibited by the Constitution to the states, are reserved to the states respectively, or to the people;

5. ~~For an award of general, special, consequential and/or~~ continuing damages plus prejudgment interest thereon

according to proof or by operation of law;

6. For the reason that this is fraud committed deliberately and crafted with great meticulousness by master craftsmen with clear knowledge of their wrongdoing. To do so with expert knowledge of the Constitution and Justice system is a crime against not only Article III and the public, but also against the Judges Cannons and the sworn oath of Office they did take and promise to fulfill to the best of their ability. They must be disciplined and sanctioned and or released from Station. For with conscientiousness and great diligence they have refused to fulfill the duties and service of their Office;

7. For Exemplary damages against the individual defendants, as Article III of the Constitution sets forth, they "hold their offices during good behavior." In addition, also under Article III, judges' compensation cannot be reduced while they are on the bench. Good behavior, as Hamilton made clear, is "to secure a steady, upright, and impartial administration of the laws." As Judges can only be removed because of their "Treason, Bribery or other high Crimes and Misdemeanors." For the reason that this herein and above is High Crime and betrays the public trust, as the law must be active in guarding the people's trust in the courts and their judges and juries. For reasons of Due process of law must secure full and fair trials of the issues for each persons, and also promote a system of law that is worthy of the people's trust in it. In an amount to be proven or in lue of proof an amount fitting for crimes against Article III, We the People, and betrayal of the public trust;

8. For damages as a direct and proximate result of Defendant's, and each of their, actions as described under **High Crimes**1-15 herein above. Plaintiff has suffered and will continue to suffer irreparable harm because of the listed **High Crimes** 1-15 and including the continued violation of his constitutional rights, due process of the Fifth and Fourteenth Amendments and Title 18 Sections 241, 242 of the Constutiton;
9. For costs of suit and fees as authorized by 42 U.S.C. § 1988 and/or other applicable law(s);
10. For $700,000 per defendant and such other and further relief as is just and proper.

Plaintiff Bryan L. Travis hereby demands trial by jury on all issues trial able by right to a jury or by the full Supreme Court.
Service to defendants will be through respective clerks of the accused courts. Notwithstanding other arrangements for serving defendants made by this Court.

For the reasons that this is Plaintiff's only availed sunlight in an otherwise dark chapter of we the people's Federal Courts. Under the First Amendment and for whereto these are my words, true and correct copies of this complaint are avail to the White House, U.S. Attorney General's Office, Members of Congress, Senate and the Press. Wherefore freedom firmed under injustice, is no freedom at all.

Dated January 24th, 2010

BRYAN L. TRAVIS